IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00966-MSK-MJW

EUGENE WIDEMAN, JR.,

Plaintiff(s),

v.

AMELIA GARCIA,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Pro Se Plaintiff's Motion for Sanction [sic] (docket no. 15) is DENIED. Magistrate Judge Watanabe will address the concerns as outlined in this motion (docket no. 15) at the Rule 16 Scheduling Conference set on September 29, 2008, at 3:30 p.m.

Date: September 24, 2008