IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00966-MSK-MJW

EUGENE WIDEMAN, JR.,

Plaintiff(s),

v.

AMELIA GARCIA,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Pro Se Plaintiff's Motion to Modify Scheduling Ordering [sic](docket no. 30) is GRANTED finding good cause shown. Section 8 (d) of the Rule 16 Scheduling Order (docket no.29) is amended to reflect no expert witnesses for the Pro Se Plaintiff.

Date: December 11, 2008