IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08CV00966 — M SK - M JW

EUGENE WIDEMAN JR.

    Plaintiff,

vs.

AMELIA GARCIA

    Defendant.

---

**PROPOSED ORDER TO VACATE AND RESET APRIL 7, 2009,
SETTLEMENT CONFERENCE** (Docket No. 49)

---

**THE COURT**, having reviewed the Defendant's **Unopposed Motion to Vacate and Reset April 7, 2009, Settlement Conference** and being fully advised of the premises contained therein does hereby ORDER:

(1) The Settlement Conference scheduled for April 7, 2009, at 10:00 a.m., vacated;

(2) A hearing date for after April 15, 2009, be set by the Court and the parties notified.

*Counsel for Defendant shall fax this order to Plaintiff by April 3, 2009.*

Done this 3rd day of April 2009

BY THE COURT:

*[signature]*

~~United States District Court~~

MICHAEL J. WA[...]
U.S. MAGISTRATE [...]
DISTRICT OF COLORADO

Conform for: Wesley Hassler, Esq.
             Plaintiff, Pro Se